UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT                    :
                                        :
                                        :        ss: Hartford, April 10, 2013
                                        :
COUNTY OF HARTFORD                      :

<u>AFFIDAVIT</u>

I, Ryan Joseph James, a Special Agent of the Federal Bureau of Investigation, New

Haven Division, having been duly sworn, state:

## I.   INTRODUCTION

1.   I am an investigative or law enforcement officer of the United States within the meaning

of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is

empowered by law to conduct investigations of and to make arrests for offenses enumerated in

Section 2516 of Title 18 of the United Sates Code. I have been employed as a Special Agent with

the Federal Bureau of Investigation (FBI) since August 2009. Prior to joining the FBI, I was a sworn

Police Officer in the City of St. Charles, Illinois. As a Police Officer, I served the City of St. Charles

for approximately two and a half years.

2.   While being trained as a Special Agent of the FBI, I have received basic drug training at

the FBI Academy located in Quantico, Virginia. I have attended additional gang training sponsored

by the California Gang Investigators Association and the FBI focusing on Street Gangs. I have

attended training sponsored by the FBI focusing on the use of informants and cooperating witnesses.

I have attended training sponsored by the FBI focusing on interrupting written and oral statements

provided by witnesses and subjects. I have written and executed search warrants that have resulted in

1

the seizure of illegal drugs and evidence of drug violations.  I have executed seizure warrants that have resulted in the seizure of assets acquired with drug proceeds and assets utilized to facilitate drug activities.  Over the past three years in federal law enforcement, I have participated in investigations involving the illegal distribution of controlled substances, firearms and gang related acts of violence to include homicides, shootings, robberies and home invasions.  I have coordinated controlled purchases of illegal drugs and firearms utilizing confidential sources and cooperating witnesses.  I have written and coordinated the execution of search and arrest warrants pertaining to individuals involved in the distribution of illegal drugs, illegal firearms, acts of violence to include homicide, conducted electronic as well as physical surveillance of individuals involved in illegal drug distribution, analyzed records documenting the purchase and sale of illegal drugs, and provided testimony in a Federal narcotics trial and testified in Federal and State Grand Jury proceedings.  I have also interviewed admitted drug traffickers, drug users, gang members, informants and cooperating defendants, as well as local, state and federal law enforcement officers, regarding the manner in which drug distributors obtain, finance, store, manufacture, transport, and distribute their illegal drugs.  I have supervised the activities of informants and cooperating witnesses who have provided information and assistance in the federal prosecution of drug offenders.   I served as the case, co-case agent and administrative agent on three Title III investigations and authored twelve Title III affidavits targeting drug traffickers and their organizations.

3.  I am currently assigned to the FBI's Northern Connecticut Violent Crimes Gang Task Force (NCVCGTF), an FBI sponsored Task Force consisting of officers from the Connecticut State Police, Hartford Police Department, and Connecticut Department of Correction.  I am one of the case agents that have directed the investigation that is the subject of this Affidavit, in

2

conjunction with Detectives of the Connecticut State Police, Detectives of the Hartford Police

Department's Vice & Narcotics and members of the NCVCGTF.  I have participated fully in this

investigation and, as a result of this participation, as well as information provided by other law

enforcement officers, I am thoroughly familiar with the information contained herein.

4.  This Affidavit is submitted in support of criminal complaints and arrest warrants for

the following persons:

a.      ANGEL ROSA, a.k.a. "MO BETTA" and "FAB" ("ROSA 1"), with a date
of birth of                      and a last known address of
Hartford, Connecticut;

b.      ANGEL ROSA, a.k.a "LITTLE" ("ROSA 2"), with a date of birth of
                   , and a last known address of                              New
Britain, Connecticut;

c.      ANGEL ROSA, a.k.a. "BOOBY" ("ROSA 3"), with a date of birth of
               and a last known address of                           East Hartford,
Connecticut;

d.      ANGEL ROSA, a.k.a. "BEBO" ("ROSA 4"), with a date of birth of
              , and a last known address of                                    , New
Britain, Connecticut;

e.      JOSE ROSA, a.k.a. "JOSELITO" ("JOSELITO"), with a date of birth of
               and last known address of                   Hartford, Connecticut;

f.      HECTOR QUINONES a.k.a. "JUMBE" ("QUINONES"), with a date of
birth of                   , and last known address of
     Hartford, Connecticut;

g.      OTILIA DIAZ ("DIAZ"), with a date of birth of                   and last
known address of                         , Hartford, Connecticut;

h.      JOSE NEGRON, a.k.a. "CHINO" ("JOSE"), with a date of birth of
       and last known address of                        , Wethersfield, Connecticut;

i.     IRAN NEGRON, a.k.a. "FACE," "CARA," and "PETE" ("NEGRON"), with a date of birth of      , and last known address of       Hartford, Connecticut;

j.     JARED PENNELL ("PENNELL"), with a date of birth is and last known address of       Uncasville, Connecticut;

k.     ANDREW MORRISON ("MORRISON"), with a date of birth of and last known address of      , Hartford, Connecticut;

l.     ORLANDO TORRES, a.k.a. "MENOR" ("TORRES"), with a date of birth is       and last known address of      , Hartford, Connecticut;

m.     NORMA TORRES ("NORMA"), with a date of birth of and last known address of      , Hartford, Connecticut;

n.     NATIVIDAD MENDEZ, a.k.a. "COCA" ("MENDEZ"), with a date of birth of      , and last known address of      , New Britain, Connecticut;

o.     LUIS ANTONIO MENDEZ ("LUIS MENDEZ"), with a date of birth of      , and last known address of      , Hartford, Connecticut;

p.     ANTONIO SANCHEZ, a.k.a. "CANO" ("SANCHEZ"), with a date of birth is       and last known address of      , Hartford, Connecticut;

q.     FLORENCIO ORTIZ a.k.a. "PACHECO" ("ORTIZ"), with a date of birth of      , and last known address of      , New Britain, Connecticut;

r.     JERRY MERCADO ("MERCADO"), with a date of birth of September      , and last known address of      , Hartford, Connecticut;

s.     NORMAN BARNABY ("BARNABY"), with a date of birth of and last known address of       Windsor Locks, Connecticut.

and for search warrants for the following locations:

t.     135 Gilman Street, Hartford, Connecticut, which is more particularly described as a single family residential brick structure, with brick and white siding

exterior, located on the south side of Gilman Street, with the numerals "135" affixed on right (west) side of front door, and a two-car detached garage in rear of lot.

u.    191 Campfield Avenue, Hartford, Connecticut, which is more particularly described as a single family residential brick structure, with brick and white siding exterior, located on the west side of Campfield Avenue, with the numerals "191" affixed on right (north) side of front door.

v.    62 Sherbrooke Avenue, Hartford, Connecticut, which is more particularly described as the first floor apartment located within two-family apartment building, located on the east side of Sherbrooke Avenue; the structure being beige in color with maroon shutters, the numerals "62" affixed to a porch column, with the entrance to 62 on the east side of the structure.

w.    584 Zion Street, Hartford, Connecticut, which is more particularly described as the second floor of a mixed residential-commercial wooden structure located above the Silver Dollar Restaurant, which has front and rear entrances, including a steel exterior staircase located in the rear of the premises which leads to a blue steel door.

x.    164 Maple Street, Second Floor, New Britain, Connecticut, which is more particularly described as a three-story apartment building, color white with black shutters, which is comprised of three apartments, with a front door marked with the numerals "164" on the left (north) of the door and numerals "166" on the right (south) side of the door, with the target premises being the second floor apartment.

and for Seizure Warrants for:

y.    2007 Lexus GS350, bearing CT marker plate 676-ZVP and VIN JTHCE96S770002669, which is registered to ROBERTO M. ROSA, Hartford, CT ("**Target Vehicle 1**"):

z.    2005 Honda Accord, bearing CT marker plate 877-ZLZ and VIN 1HGCM82455A018965, which is registered to LYNAE S. JONES,          , East Hartford, CT ("**Target Vehicle 2**"); and

aa.    2003 Honda Accord, bearing CT marker plate 409-YZZ and VIN 1HGCM81633A016597, which is registered to ROMONA LOPEZ, Wethersfield, CT ("**Target Vehicle 3**").

5.    Items of evidentiary value anticipated to be found in these locations include:

firearms, controlled substances; drug paraphernalia; books and records reflecting drug sales, the

5

transfer or transportation of drugs and amounts of monies owed for drugs, records reflecting the names, addresses, and telephone numbers of co-conspirators, sales receipts and other records reflecting the expenditure of monies that are proceeds from unlawful drug distribution; currency and money wrappers; records of bank transactions made to conceal and launder drug trafficking proceeds; cellular telephones, paging devices, computers and computer disks, answering machines; and various valuable assets such as real property and automobiles that were purchased with the proceeds of unlawful drug trafficking.  These items obtained by search warrants, constituted evidence of drug violations, the acquisitions of assets with drug trafficking proceeds, and the use of the assets to facilitate drug trafficking violations

## Pertinent Wiretap Orders

6.      On December 17, 2012, United States District Judge Vanessa L. Bryant, District of Connecticut, signed an Order authorizing the interception of wire communications occurring over telephone number (860) 218-7053 ("**Target Telephone 1**") which is a wireless telephone bearing International Mobile Subscriber Identity (IMSI) number 316010156103224, serviced by Sprint, subscribed to Jose Medinas, P.O. Box 54988, Irvine, California and utilized by ANGEL ROSA, a.k.a. "MO BETTA," a.k.a. "FAB" (ROSA 1).  Monitoring began on December 17, 2012 and terminated on January 11, 2013.

7.      On January 24, 2013, United States District Judge Vanessa L. Byrant, District of Connecticut, signed an Order authorizing the interception of wire communications, occurring over telephone number (860) 680-2731 ("**Target Telephone 2**"), which is a wireless telephone bearing Electronic Serial Number (ESN) 268435459908807982, serviced by Sprint, subscribed to Tiffany Rios,                 Hartford, CT and utilized by ANGEL ROSA, a.k.a. "MO

BETTA" and "FAB" (ROSA 1). Monitoring began on January 25, 2013 and terminated on February 20, 2013.

8.      On March 14, 2013, United States District Judge Vanessa L. Bryant, District of Connecticut, signed an Order authorizing the interception of wire communications, occurring over the following telephones: (860) 838-7474 (hereinafter "**Target Telephone 3**"), which is a wireless telephone bearing International Mobile Subscriber Identity (IMSI) number 316010101287822, serviced by Sprint, subscribed to ABC COM,                Hartford, Connecticut and utilized by IRAN NEGRON, a.k.a. "FACE," "CARA" and "PETE" (hereinafter "NEGRON") and wireless telephone number (860) 768-2174 (hereinafter "**Target Telephone 4**"), which is a wireless telephone bearing Electronic Serial Number (ESN) 268435460409929113, serviced by Sprint, subscribed to Mario Peres,           Hartford, CT 06106, and utilized by ANGEL ROSA, a.k.a. "MO BETTA" and "FAB" (ROSA 1). Monitoring for both phones began on March 15, 2013 and continues to date.

## Summary of Investigation

9.      Based on the use of cooperating witnesses, the recording of telephone calls, controlled purchases of narcotics, physical surveillance, interception of wire communications and the gathering of other information related to this investigation by myself and other law enforcement officers participating in this investigation, I have learned the following:

10.     ROSA 2 is a member of the LOS SOLIDOS and is the leader of a criminal enterprise/DTO (herein the "ROSA DTO") which is currently distributing heroin and cocaine to known and suspected members of the LOS SOLIDOS, and others. The ROSA DTO distributes heroin and cocaine principally from 584 Zion Street, a second floor apartment located above

7

SILVER DOLLAR RESTAURANT (herein "SDR"), which is located at 586 Zion Street. ROSA 1, the brother of ROSA 2, oversees and supervises the daily operations of the ROSA DTO. ROSA 1 ensures that the DTO's distribution locations are adequately supplied with heroin and cocaine and coordinates and assigns the DTO sellers who include ROSA 3, ROSA 4, QUINONES, TORRES, JOSE ROSA, SANCHEZ, MORRISON.  NEGRON is an associate of ROSA 1 and ROSA 2 who distributes heroin and cocaine from 135 Gilman Street, Hartford.  The ROSA DTO supplied NEGRON with heroin until recently and based on recent intercepted wire communications no longer supplies NEGRON.  NEGRON, however, has obtained a new source of supply for cocaine and heroin and continues to distribute narcotics from 135 Gilman Street.

11.     Currently, the principal stash location for the ROSA DTO is 191 Campfield Avenue, Hartford, the residence of DIAZ, ROSA 1's girlfriend.  As the supply of heroin and/or cocaine runs low at 584 Zion Street, ROSA 1 has DIAZ or ROSA 3 transport quantities of narcotics from 191 Campfield Avenue to Zion Street.  At various times during the investigation, the heroin would be exchanged at the SDR, SANTANA's market, located adjacent to the SDR, or 592 Zion Street, Unit 2, Hartford, the apartment of NORMA.  Additionally, the RSO DTO, as previously referenced, used 135 Gilman Street to store and distribute heroin, although that no longer appears to be occurring.  When the heroin and cocaine were delivered to one of these locations, one of the sellers would retrieve the narcotics and bring it to 584 Zion Street.  At various times during the earlier phase of this investigation, ROSA 1 and ROSA 2 sent their larger heroin customers to NEGRON's residence rather than Zion Street.  This affiant believes that ROSA 1 and ROSA 2 sent their larger heroin customers to NEGRON's residence because there is frequent police presence in the area in and around SANTANA's and the SDR whereas Gilman

8

Street is located in a quiet residential section of Hartford away from the major thoroughfares that attract police activity. ROSA 1's heroin customers can come and go without police taking notice. In recent weeks, the ROSA DTO has apparently severed its narcotics relationship with NEGRON for reasons unknown. NEGRON, however, continues to actively sell heroin and cocaine. Since the ROSA DTO stopped using NEGRON's residence, the narcotics are stored at 191 Campfield Avenue, where smaller quantities are regularly transported, usually multiple times per day, from Campfield Avenue to 584 Zion Street.

12.     As referenced herein, the ROSA DTO is distributing heroin and cocaine from 584 Zion Street. ROSA 1 oversees and assigns the sellers, as previously identified in Paragraph 10 and elsewhere in this affidavit, who work shifts distributing their allotment of heroin and cocaine. The sellers work their shifts usually beginning at 7:00 a.m. every morning and continuing late into the night. When the sellers are not working their shift, they, along with other members of the DTO, including ROSA 1 and ROSA 2, are regularly observed by investigators loitering in front of, and walking in and out of, SANTANA's and the SDR. Intercepted wire communications further establish that the sellers know each other, know they share shifts selling narcotics (principally heroin) from 584 Zion Street, and know that substantial quantities of heroin are being sold by other members of the ROSA DTO daily from 584 Zion Street. Based on the evidence gathered to date, which is more particularly described herein, there is probable cause to believe, and I do believe, that the object of the conspiracy involved 1 kilogram or more of heroin, and that the listed targets knowingly and intentionally conspired with each other to possess with intent to distribute and did distribute heroin and cocaine.

13.     As this affidavit is submitted for the limited purpose of establishing probable cause to arrest the listed targets and search and/or seize the listed target premises and vehicles, I have not set forth each and every fact known to me regarding this investigation. Rather, I have set forth those facts which I believe establish probable cause that the listed offenses set forth in Paragraph 58 were committed by the target defendants and that there is probable cause to believe that evidence, fruits and instrumentalities of the listed criminal offenses will be recovered at the target premises and that the target vehicles are subject to forfeiture as conveyances which were used to facilitate violations of Title 21, United States Code, Section 846.

14.     From my experience and training, I know that narcotics traffickers often use wireless telephones, and often speak to one another using coded, cryptic or slang words and phrases, in the belief that by doing so they can thwart the efforts of law enforcement to identify them and their activities and to seize their drugs and/or assets. Based upon my training and experience, I know that drug traffickers frequently have access to several wireless telephones, and that they periodically use newly acquired wireless telephones. I also know that narcotics traffickers frequently use wireless telephones subscribed to other persons and pre-paid wireless telephones that require the purchaser to provide little or no identifying information to purchase, activate and utilize the phone, all of which is done in an effort to avoid detection and thwart the efforts of law enforcement.

15.     I know, based upon my training and experience, that drug dealers sometimes segregate various aspects of their illicit business, and use different telephones when tending to each of the various aspects, in an effort to thwart law enforcement and insulate themselves and their confederates. For example, drug dealers often use one phone to communicate with

10

customers and another to communicate with their source of supply. In addition, drug dealers often use different phones to deal with different "lines" of customers. For example, a drug dealer may use one phone to communicate with customers who regularly purchase small, pre-packaged quantities of narcotics and another phone for customers who regularly purchase larger quantities, or may use different phones to distribute different types of narcotics. Similarly, drug dealers whose business extends into multiple states, also sometimes use one phone for local customers and another phone for out-of-state customers. Finally, notwithstanding the foregoing, I know that drug dealers often utilize two or more wireless telephones interchangeably for all their narcotics trafficking undertakings. This enables distributors to accommodate a high volume of narcotics trafficking calls. The use of two or more phones interchangeably also enables distributors to immediately terminate service on one phone – if they believe the phone is being targeted by law enforcement for installation of a court-authorized wire tap – without crippling their illegal business.

16.     I know through training and experience that code words and phrases are frequently used by persons involved in the illicit distribution of drugs. From a review of the monitored conversations relative to this Affidavit, the participants involved in these conversations, and from information developed through this investigation and other investigations, it is my belief that code words are used in some conversations to refer to money and/or cocaine/heroin transactions. Based on the specific participants involved in conversations, information known about these participants, and the context of the conversations, I have made interpretations regarding the meaning of various words and phrases and the amount of cocaine and/or heroin discussed therein. These interpretations will be indicated by parenthesis, brackets,

11

or otherwise noted.  Unintelligible portions of the conversations will be referenced using the abbreviation UI. In addition, the contents of the intercepted calls are not presented verbatim except where indicated by quotation marks.

## II. FACTS AND CIRCUMSTANCES RELEVANT TO PROBABLE CAUSE

17.      Between December 17, 2012 and January 11, 2013, investigators intercepted wire communications over **Target Telephone 1,** which is a wireless telephone utilized by ROSA 1. Between January 25 and February 14, 2013, investigators intercepted wire communications over **Target Telephone 2,** which is a wireless telephone utilized by ROSA 1.  Beginning March 15, 2013 and continuing to date, investigators have intercepted wire communications over **Target Telephone 3,** which is a wireless telephone utilized by NEGRON and **Target Telephone 4,** which is a wireless telephone utilized by ROSA 1. As discussed herein, intercepted wire communications and other evidence developed during this investigation have revealed, *inter alia*, that ROSA 1 used **Target Telephones 1, 2** and **4** and NEGRON used **Target Telephone 3** to further the ROSA DTO's drug trafficking activities.

A.      **Probable Cause to Arrest ROSA 1, ROSA 2, LUIS MENDEZ, MENDEZ, DIAZ and NEGRON**

18.      This affiant believes that ROSA 2 is the source of heroin and cocaine.  As previously discussed, during the period of interception of **Target Telephone 1** and **2**, ROSA 2 would acquire narcotics and have LUIS MENDEZ transport the narcotics to 135 Gilman Street (NEGRON's residence) or 191 Campfield Street (DIAZ's residence) until ROSA 1 and/or NEGRON distributed the narcotics to other sellers or members of the DTO.  On January 25, 2013, investigators intercepted wire communications over **Target Telephone 2** between ROSA

1, ROSA 2 and NEGRON that indicated the ROSA DTO was running low on its heroin supply and ROSA 2 was trying to get in contact with his source of supply to replenish the DTO's heroin. More particularly, on January 25, 2013, at approximately 9:54 a.m., NEGRON, using **Target Telephone 3,** placed a call to ROSA 1 at **Target Telephone 2.** ROSA 1: "Tell me." NEGRON: "What's, what's the situation?" ROSA 1: "The what?" NEGRON: "What's the situation, this place right now?" ROSA 1: "What situation?" NEGRON: "The situation, what's going on?" ROSA 1: "Nothing I'm waiting, I'm waiting." NEGRON: "Man they are blowing up my phone these people." ROSA 1: "I know that and the people here… how are they?" NEGRON: "I don't about over there, I care about the people that buy here." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that NEGRON called ROSA 1 to see if he heard about when the re-supply of heroin was coming. ROSA 1 told NEGRON that he was still waiting to hear about the re-supply. NEGRON told ROSA 1 that his customers are calling him to buy heroin. Following this phone call, ROSA 1 placed a series of calls to ROSA 2, which went unanswered. At approximately 11:47 a.m., on January 25, 2013, ROSA 2 called ROSA 1. ROSA 1: "Yo." ROSA 2: "What happened MO?" ROSA 1: "I've been calling you to see what's going on?" ROSA 2: "I'm waiting, I've been trying to call him text him bro these motherfuckers ain't picking up man." ROSA 1: "Oh man I got you too, I got that put out for you everything." ROSA 2: "Alright alright let me keep calling, I'm try I'm trying to make something happen now my man." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 asked ROSA 2 about the re-supply of heroin. ROSA 2 told ROSA 1 that he has

13

been unable to get in touch with his source of supply. ROSA 1 told ROSA 2 that he had the

money for the re-supply all ready for him once ROSA 2 made contact with his source of supply.

What follows in the next paragraph are a sequence of intercepted calls over **Target Telephone 2**,

which investigators believe show that the ROSA DTO was replenished with EIGHTY ONE

STACKS[1] (8,100 bags) of heroin from ROSA 2 on January 25, 2013.

19.     At approximately 4:04 p.m., on January 25, 2013, ROSA 1, using **Target**

**Telephone 2**, received a call from an unknown male (UM). UM: "Mo Betta?" ROSA 1: "Yo."

UM: "Are we alright or later tomorrow?" ROSA 1: "There is nothing." UM: "Tomorrow?"

ROSA 1: "Tomorrow yes." Based on my training and experience, other intercepted

communications in this and other related investigations, and other information obtained during

this investigation, I believe that the UM called ROSA 1 to see if he had heroin available and

ROSA 1 told the UM that he did not have any heroin readily available at the moment but would

have some available "tomorrow." At approximately 6:46 p.m., ROSA 1 called DIAZ. DIAZ:

"Hello." ROSA 1: "Look COCA's brother is going over there as soon as he gets there call me."

DIAZ: "In five minutes I will call you." ROSA 1: "Ok that's good." ROSA 2 in the background:

"We are going there right now." ROSA 1: "Alright." DIAZ: "Bye." Based on my training and

experience, other intercepted communications in this and other related investigations, and other

information obtained during this investigation, I believe that ROSA 1 called DIAZ to tell her that

ROSA 2 and NATIDAD MENDEZ's brother (Luis MENDEZ) were going to DIAZ's house to

drop the heroin ROSA 2 acquired for the re-supply. ROSA 2 who was with ROSA 1 told him to

---

[1] A "stack" or "stizzy" is common street slang to reference 100 dose bags of heroin.

14

tell her that they were coming over to her residence "now." At approximately 9:37 p.m., ROSA 1 received a call from ROSA 2. ROSA 1: "Yo." ROSA 2: "Where Prieta [DIAZ] at?" ROSA 1: "Prieta [DIAZ] went up the street to the store." ROSA 2: "Damn my nigga she (stutters) nobody ain't opening the door my man." ROSA 1: "She is not over there right now?" ROSA 2: "Yeah nobody ain't opening the door for him man." ROSA 1: "Tell him to stay right there, I'm up the street, I am going over there myself." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 2 called ROSA 1 to inform him that Luis MENDEZ was at DIAZ's residence to drop off the re-supply of heroin but DIAZ was not there. ROSA 1 told ROSA 2 to tell Luis MENDEZ to stay right there because he was on his way. At approximately 9:54 p.m., according to pen register analysis on NEGRON's phone number (**Target Telephone 3**), DIAZ placed a call to **Target Telephone 3**. Investigators believe that this call was made to inform NEGRON that the re-supply of heroin had arrived at her residence and for NEGRON to come pick it up to transport in back to Gilman Street.

20.     At approximately 10:01 p.m., ROSA 1 received a call from DIAZ. ROSA 1: "Hello." DIAZ: "Hello." ROSA 1: "Did it get there?" DIAZ: "Yep yeah, he already took that." ROSA 1: "Ok it's fine?" DIAZ: "I forgot to tell him about the TEN to leave them, ok?" Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that DIAZ called ROSA 1 to tell him that NEGRON came to her residence and picked up the heroin re-supply that Luis MENDEZ delivered. DIAZ also told ROSA 1 that she forgot to tell NEGRON to leave TEN STACKS of the heroin at her residence. At approximately 10:07 p.m., ROSA 1

called NEGRON at **Target Telephone 3**. NEGRON: "I'm working on that right now." ROSA 1:
"What happened?" NEGRON: "I'm working on that right now." ROSA 1: "Yeah I heard
EIGHTY ONE." NEGRON: "Alright I'm counting it right now." ROSA 1: "Alright."
NEGRON: "Call you back." Based on my training and experience, other intercepted
communications in this and other related investigations, and other information obtained during
this investigation, I believe that ROSA 1 called NEGRON to see if he was counting and
organizing the heroin that he picked up from DIAZ's residence. ROSA 1 told NEGRON that he
heard that there were EIGHTY ONE stacks in the re-supply. NEGRON told ROSA 1 that he
would call him back. At approximately 10:13 p.m., ROSA 1 called NEGRON. ROSA 1: "Yo
tell me." NEGRON: "Yo Terrell Owens, Terrell Owens he was number EIGHTY ONE that was
correct." ROSA 1: "Yeah EIGHTY ONE that's what they said, I got it myself." NEGRON:
"Alright." Based on my training and experience, other intercepted communications in this and
other related investigations, and other information obtained during this investigation, I believe
that NEGRON called ROSA 1 and told him that the number of stacks from the re-supply was
EIGHTY ONE. This affiant believes that ROSA 2 orchestrated a re-supply of EIGHTY ONE
STACKS of heroin to the DTO. ROSA 2 had LUIS MENDEZ drop the re-supply to DIAZ's
residence on Campfield Avenue. From DIAZ's residence, NEGRON came and picked up the
EIGHTY ONE STACKS. NEGRON brought the EIGHTY ONE STACKS to his residence on
Gilman Street where he counted it and called ROSA 1 to confirm the number of stacks.

    21.    On January 26 and 27, 2013, intercepted telephone calls on **Target Telephone 2**
indicated that ROSA 1 and members of the ROSA DTO sold a large portion of the EIGHTY
ONE STACKS described herein. On January 28, 2013, investigators intercepted a series of

telephone calls on **Target Telephone 2**, which investigators believe indicated that the ROSA

DTO sold most of the heroin and were in need of another re-supply of heroin from ROSA 2.

What follows in the next paragraph are a sequence of intercepted calls over **Target Telephone 2**,

which investigators believe show that the ROSA DTO was replenished with NINETEEN

STACKS (1,900 bags) of heroin from ROSA 2 on January 28, 2013.

      22.    At approximately 9:16 a.m., on January 28, 2013, ROSA 1 received a call from

ROSA 2. ROSA 1: "Um, I hear you man listen, um." ROSA 2: "What's up?" ROSA 1: "What

was I gonna tell, tell you, damn I was gonna tell you something." ROSA 2: "Yo THEY didn't go

to Oti's (DIAZ) house last night?" ROSA 1: "No that's what I was going to tell you!" ROSA 2:

"Oh alright, ah let me, let me GET ON MY JOB then I GET ON MY JOB TODAY my man."

ROSA 1: "Alright one ok." Based on my training and experience, other intercepted

communications in this and other related investigations, and other information obtained during

this investigation, I believe that ROSA 1 confirmed with ROSA 2 that MENDEZ's brother did

not drop off any heroin to DIAZ's residence on the night of January 27, 2013. ROSA 2 then told

ROSA 1 that he would work on coordinating the re-supply of heroin. At approximately 1:53

p.m., ROSA 1 received a call from NEGRON. ROSA 1: "Yo." NEGRON: "You called me?"

ROSA 1: "Yeah then um, FIFTY, FIFTY, FIFTY FIVE, SIXTY, SIXTY FIVE, SEVENTY and

if you are going to bring me FIVE more they will be SEVENTY FIVE already! Damn the

WORK is almost done!" Based on my training and experience, other intercepted communications

in this and other related investigations, and other information obtained during this investigation, I

believe ROSA 1 and NEGRON were reconciling the EIGHTY ONE STACKS of heroin that they

received from ROSA 2. ROSA 1 told NEGRON that they have sold SEVENTY FIVE of the

EIGHTY ONE STACKS. ROSA 1 also commented to NEGRON that the heroin was almost done. At approximately 4:02 p.m., ROSA 1 received a call from DIAZ. ROSA 1: "Yes." DIAZ: "Look THAT's there." ROSA 1: "What's there?" DIAZ: "Oh boy! What from COCA's brother!" ROSA 1: "Oh he brought IT?" Good! Ok, I'll call FACE now." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe DIAZ called ROSA 1 to inform him that Luis MENDEZ's came to her residence on Campfield Avenue and dropped off the re-supply of heroin that ROSA 2 and MENDEZ were "working on." ROSA 1 told DIAZ that he was going to call NEGRON and let him know that the re-supply has arrived. Approximately eleven minutes later, ROSA 1 received a call from DIAZ. DIAZ: "Daddy." ROSA 1: "What happened honey?" DIAZ: "Look NINETEEN only! You know NINETEEN DOLLARS." ROSA 1: "Perfect, ok fine honey thank you." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe DIAZ called ROSA 1 to inform him that amount of heroin the MENDEZ's brother brought to her residence was NINETEEN STACKS of heroin. At approximately 4:15 p.m., on January 28, 2013, ROSA 1 called NEGRON and confirmed it was nineteen stacks "Nineteen Dollars."

23.     This affiant believes that ROSA 2 and MENDEZ orchestrated a re-supply of NINETEEN STACKS of heroin to the DTO.  ROSA 2 had LUIS drop the NINETEEN STACKS off at DIAZ's residence on Campfield Avenue. From DIAZ's residence, NEGRON came to and picked up the NINETEEN STACKS and brought the NINETEEN STACKS to his residence on Gilman Street.

24.     On January 30, 2013, intercepted wire communications over **Target Telephone 2**

among ROSA 1, ROSA 2, DIAZ, MENDEZ and NEGRON and physical surveillance conducted

by investigators, indicated that the ROSA DTO was replenished with NINTY NINE STACKS

(9,900 bags) of heroin. For example, at approximately 7:08 p.m., on January 30, 2013, ROSA 1,

from **Target Telephone 2**, placed a call to DIAZ. DIAZ: "Hello." ROSA 1: "Hello, hey if

THESE PEOPLE come, call me you hear?" DIAZ: "Oh love, I'm passing by your store because I

was calling you for that reason." Based on my training and experience, other intercepted

communications in this and other related investigations, and other information obtained during

this investigation, I believe ROSA 1 called DIAZ to tell her to call him when ROSA 2, Luis

MENDEZ and MENDEZ came to her residence on Campfield Avenue to drop off the narcotics

supply. At approximately 9:09 p.m., ROSA 1, using **Target Telephone 2**, received a call from

MENDEZ. ROSA 1: "Hello." MENDEZ: "Yo call Prieta (DIAZ)." ROSA 1: "Alright I'll call her

right now." At 9:19 p.m., investigators conducting surveillance observed ROSA 1 arrive at 191

Campfield Avenue driving an Infiniti QX56. Surveillance observed ROSA 1 exit the Infiniti and

walk towards a parked Audi vehicle. Investigators observed Luis MENDEZ exit the passenger

side door of the Audi and engage ROSA 1 in a brief conversation. After the conversation,

investigators observed ROSA 1 enter 191 Campfield Avenue. At approximately 9:21 p.m.,

ROSA 1 called NEGRON. NEGRON: "Yo." ROSA 1: "Where you at, at the house?" NEGRON:

"Yeah I'm waiting right here." ROSA 1: "I can't hear you." NEGRON: "Here waiting." ROSA 1:

"Alright I'll be right there man, give me a second." NEGRON: "Alright." Based on my training

and experience, other intercepted communications in this and other related investigations, and

other information obtained during this investigation, I believe that ROSA 1 told NEGRON that

he was on his way to NEGRON's residence with the heroin he acquired from Luis MENDEZ.
Surveillance units followed ROSA 1 as he drove to NEGRON's residence at 135 Gilman Street,
arriving at approximately 9:23 p.m.

   25.  At approximately 9:32 p.m., ROSA 1 received a call from ROSA 2 who was
using MENDEZ's phone. ROSA 1: "Hello, hello, hello." ROSA 2: "Hello, yo, what up, what up
Papi." ROSA 1: "Everything good Pa, I went over there." ROSA 2: "How many DOLLARS,
how many DOLLARS did they bring?" ROSA 1: "Um, ONE HUNDRED DOLLARS." ROSA 2:
"Only ONE HUNDRED DOLLARS?" ROSA 1: "Only ONE HUNDRED." ROSA 2: "Alright
don't worry, I call, I'll see you later man." ROSA 1: "Ok." ROSA 2: "Oh yo, yo, yo, Mo." ROSA
1: "Yo." ROSA 2: "Listen I need MENOR on deck cause I'm a, um, going his way." ROSA 1:
"Ok I'll call him right now." Based on my training and experience, other intercepted
communications in this and other related investigations, and other information obtained during
this investigation, I believe that ROSA 2 called ROSA 1 to see how much heroin Luis MENDEZ
brought to him. ROSA 1 told ROSA 2 that LUIS brought ONE HUNDRED STACKS of heroin.
ROSA 2 was surprised that LUIS only brought ONE HUNDRED STACKS. ROSA 2 told
ROSA 1 to make sure TORRES ("Menor") was supplied with some of that heroin. ROSA 1 told
ROSA 2 that he would call TORRES. At approximately 9:32 p.m., ROSA 1 received a call from
NEGRON. ROSA 1: "Hello." NEGRON: "Yo, NINETY NINE!" ROSA 1: "NINETY NINE?"
NEGRON: "Yep." ROSA 1: "Shhhh." NEGRON: "One had FORTY NINE, the other had
FIFTY." ROSA 1: "Alright let me call FATTY (ROSA 2)." Based on my training and
experience, other intercepted communications in this and other related investigations, and other
information obtained during this investigation, I believe that NEGRON called ROSA 1 and told

20

him that there was only NINETY NINE STACKS of heroin that LUIS delivered. ROSA 1 told

NEGRON that he was going to call ROSA 1 to let him know that they're ONE STACK short of a

hundred.

### B. · Probable Cause to Arrest ORLANDO TORRES, a.k.a. "MENOR"

26.    As noted above, TORRES has been identified as one of the ROSA DTO sellers of

heroin and cocaine.  TORRES regularly works shifts selling heroin and cocaine from 584 Zion

Street.  For example, on December 31, 2012, at approximately 5:54 p.m., ROSA 1, using **Target**

**Telephone 1**, received a call from TORRES wherein TORRES reported favorably on the amount

of narcotics that was sold that day. TORRES: "Of the THREE BUNDLES[2] to this one because

Mo, I had to go out with my woman, so this HALF I left to Roach." ROSA 1: "How much did

they give you today?" TORRES: "Man we moved, moved THREE complete ones." ROSA 1:

"Complete ones? That's a shit load." TORRES: "Yes." ROSA 1: "Wow and…" TORRES: "All

of them, all of them till this last one, the last one is getting worked now, it will it will run out

right now already." ROSA 1: "L must be happy today yeah?" TORRES: "Yes yes, damn and he

was a little upset because Coca did not work so they have to work that tomorrow." ROSA 1:

"Akk ok yeah, yeah, yeah, that's true." TORRES: "But it ALL sold today." Based on my training

and experience, other intercepted communications in this and other related investigations, and

other information obtained during this investigation, I believe that TORRES told ROSA 1 that

they sold THREE stacks of heroin.

---

[2] A "bundle" is common street slang for 10 bags of heroin.

C.    **Probable Cause to Arrest ANDREW MORRISON**

27.    MORRISON is also a heroin seller for the ROSA DTO and regularly works a shift at 584 Zion Street selling narcotics.  MORRISON is believed to also live at 584 Zion Street.  For example, on December 23, 2012, at approximately 8:53 p.m., ROSA 1, using **Target Telephone 1**, placed a call to MORRISON. ROSA 1: "I'm just checking up on ya'll." MORRISON: "Yeah we doing alright so far, we got rid of TWO." ROSA 1: "That's good and what's up the, um, what's going on, on the block?" MORRISON: "Nah ain't nothing UI, ain't be none of those lights out here, we ain't seen none them yet." ROSA 1: "And what's going on at the bar, the bar open?" MORRISON: "Yeah the bar still open." ROSA 1: "L left?" MORRISON: "Yeah L been left, he went home to watch the Seattle game, he said." ROSA 1: "Ok, if anything hit me up." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called MORRISON to check on the progress of the days' heroin sales.  MORRISON told ROSA 1 that he had already sold "TWO" stacks of heroin (200 bags).  ROSA 1 asked MORRISON if ROSA 2 ("L") was still there and MORRISON reported that ROSA 2 left to watch the Seattle football game.

D.    **Probable Cause to Arrest HECTOR QUINONES, a.k.a. "JUMBE"**

28.    QUINONES is another heroin seller for the ROSA DTO who works regular shifts selling heroin from 584 Zion Street.  For example, on December 24, 2012, at approximately 3:07 p.m., ROSA 1, using **Target Telephone 1**, received a call from QUINONES. ROSA 1: "Hello." QUINONES: "I got ONE BUNDLE left." ROSA 1: "That's fine, ok." Based on my training and experience, other intercepted communications in this and other related investigations, and other

information obtained during this investigation, I believe that QUINONES told ROSA 1 that he

had "ONE BUNDLE" (10 bags) of heroin left for sale.

### E. Probable Cause to Arrest JARED PENNELL and JOSE NEGRON, a.k.a. "Chino," to Search 135 Gilman Street, Hartford, Connecticut and to Seize Target Vehicle 3.

29.     From intercepted communications over **Target Telephones 1** and **2** investigators

learned that ROSA 1 and ROSA 2 sent their larger heroin customers – those who purchase

between 1,000 and 1,500 bags of heroin -- to NEGRON's residence at 135 Gilman Street. For

example, on January 3, 2013, ROSA 1, NEGRON and JOSE NEGRON negotiated the sale of

1500 bags of heroin to PENNELL, during which JOSE NEGRON used **Target Vehicle 3** to

facilitate the delivery of 1500 bags of heroin.

30.     At approximately 9:42 p.m., ROSA 1 called JOSE NEGRON. ROSA 1: "Damn

what's good!" JOSE: "Yeah, I'm around, you heard!" ROSA 1: "You got it?" JOSE: "Yeah!"

ROSA 1: "Oh . . . you do got it?" JOSE: "Yeah, yeah, that's what I'm saying my phone been off

for a little while, but I just turned it back on . . . I'm around." ROSA 1: "Oh . . . I need FIFTEEN

dollars." JOSE: "Right now, right now?" ROSA 1: "I need them, yep, I need them right now,

right now, cause tomorrow they coming to pick them up." JOSE: "So just go to. . . same spot

over there." ROSA 1: "I'm gonna call Uncle right now." JOSE: "Alright." Based on my training

and experience, other intercepted communications in this and other related investigations, and

other information obtained during this investigation, I believe that ROSA 1 called JOSE

NEGRON to inquire if he had FIFTEEN STACKS (1,500 bags) of heroin.  JOSE NEGRON told

ROSA 1 that he had the FIFTEEN STACKS and ROSA 1 told him that the buyer (PENNELL)

was going to pick them up tomorrow. Approximately two minutes later, ROSA 1 called JOSE

NEGRON to discuss the price per stack of heroin. JOSE: "Hello." ROSA 1: "I forgot to ask you, are you going to give me that price?" JOSE: "Huh?" ROSA 1: "Are you going give me that price you said?" JOSE: "Yeah the same one that I gave you last time." ROSA 1: "I thought you were going to do better that that for me." JOSE: "Man, I can't. Not right now. Like but like what I gave you not like the first time you feel me." ROSA 1: "Yeah, but I heard you were going to look out for us. So you want 225, alright?" JOSE: "I can't. TWO and HALF feel me?" ROSA 1: "Nah...get 225 that's what you did for me last time!" JOSE: (stutters) "Nah I did TWO and a HALF." ROSA 1: "No you didn't you did 225....you did 225 for us I remember." JOSE: "Nah, yeah but I can't do it, Mo man I need TWO and a HALF." ROSA 1: "Come on man!" JOSE: "Yeah man I can't, I can't, I can't, if I could I would but no like I'm moving backwards man." ROSA 1: "Uncle called I gonna call you right back." JOSE: "Yeah we talk about." ROSA 1: "I'm gonna tell him you gonna go see him." JOSE: "Alright...hey yo..." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called JOSE NEGRON to negotiate the price of each of the FIFTEEN STACKS. ROSA 1 wanted to pay $225 per STACK but JOSE NEGRON told ROSA 1 that he could go no lower than $250 per STACK. ROSA 1 told JOSE NEGRON that he was going to call "Uncle" (NEGRON) to tell him that JOSE NEGRON would go over there to drop off the FIFTEEN STACKS.

31.     ROSA 1 then called NEGRON to advise him of the expected heroin delivery. At approximately 9:47 p.m. ROSA 1 called NEGRON. NEGRON: "What's up?" ROSA 1: "Chino is gonna come bring you something, put that away for us." NEGRON: "Alright." ROSA 1: "Because is expensive though, his charging us, his charging us, TWO FIFTY, bro. Remember we

was getting it, we was getting it at TWO TWENTY FIVE?" NEGRON: "Alright, that was the same price." ROSA 1: "That was the same price?" NEGRON: "Yeah." ROSA 1: "From him! Ah, I was trying. Ah, put them FIFTEEN, (phone cuts off) Hello...Put them FIFTEEN dollars to the side and then I'll let you know what's gonna go down, alright?" NEGRON: "Alright." ROSA 1: "So make that happen, cause we need money." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe ROSA 1 called NEGRON to tell him that JOSE NEGRON would be delivering the 15 stacks of heroin to his residence for the customer who would be arriving the following day.

32.     Investigators then established physical surveillance in the area of 135 Gilman Street. At approximately 10:34 p.m., investigators observed JOSE NEGRON arrive at NEGRON's residence driving a black Honda Accord (**Target Vehicle 3**), and then leave approximately four minutes later. Investigators followed **Target Vehicle 3** and arranged for a marked Hartford Police Unit to conduct an investigative stop.  JOSE NEGRON was confirmed to be the sole occupant of **Target Vehicle 3**.

33.     On January 4, 2013, at approximately 10:10 a.m., ROSA 1 called PENNELL to arrange the delivery of the heroin. ROSA 1: "I'm ready for you cause you said early so I'm a make it early, I already GOT IT on DECK." PENNELL: "Alright I'll be there like one, two o'clock." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called PENNELL to let him know that he had the FIFTEEN STACKS ready for him. PENNELL told ROSA 1 that he would be there around one or two in the afternoon. At

approximately 10:27 a.m., NEGRON called ROSA 1 during to discuss the amount they were

charging PENNELL and agreed that it was "forty seven [$4700]" which would leave them "nine

hundred [$900]" profit. Subsequent calls confirmed that ROSA 1 and NEGRON made a profit of

$950.

      34.    Investigators subsequently set up surveillance in the area of 135 Gilman Street and

PENNELL's residence located at                     Uncasville, Connecticut.

Investigators observed PENNELL leave his residence and drive to 191 Campfield Avenue. At

approximately 3:20 p.m., investigators observed NEGRON's vehicle park in front of 191

Campfield Avenue at about the same time that PENNELL was seen getting into NEGRON's

vehicle. NEGRON's vehicle then drove to 135 Gilman Street and minutes later leave 135

Gilman Street. At about the same time, ROSA 1 called NEGRON. NEGRON: "He's leaving the

cage now." ROSA 1: "Is everything ok now?" NEGRON: "Everything is straight." ROSA 1:

"Alright, alright, alright, alright did he leave or is he around there?" NEGRON: "He is leaving

now." ROSA 1: "Ok, make sure he put that way because the other time they stopped him down

there you hear?" NEGRON: "Alright." Based on my training and experience, other intercepted

communications in this and other related investigations, and other information obtained during

this investigation, I believe that ROSA 1 called NEGRON to see if PENNELL picked up the

FIFTEEN STACKS of heroin. NEGRON told him that he did pick up the stacks and told him

that he was leaving the house now. ROSA 1 also told him to make sure PENNELL hides the

heroin in his car because the last time PENNELL acquired heroin from ROSA 1 and NEGRON,

he was stopped by police[3] at a DUI check point.

35.     As previously discussed herein, the RSO DTO no longer uses 135 Gilman Street

to store and distribute narcotics.  NEGRON, however, continues to distribute cocaine and heroin

from 135 Gilman Street which he now obtains from different sources of supply.  For example on

April 6, 2013 at approximately 8:22 p.m., NEGRON, using **Target Telephone 3**, received a

phone call from an unidentified male ("UM-2").  UM-2: "What's up dude?" NEGRON: "Not

much, right here at the house." UM-2: "You've got my shit?" NEGRON: "I can do it if you

want." UM-2: "Huh?" NEGRON: "You want TWO of them?" UM-2: "Yes sir, let me get TWO

of them." NEGRON:  "Ok let me do them, and when they're ready I'll give you a call." UM-2:

"So don't you have THEM ready? Dude don't you have THEM at home?" NEGRON: "I've got

THEM right here, but I have to do THEM." UM-2: "Ok I'll start heading out that way."

NEGRON: "I'll give you a call, I'll call you back because I have to do THEM, I've got work here

so." UM-2: "Alright then." At approximately 8:35 p.m., NEGRON, using **Target Telephone 3**,

called the UM-2 back and told him to come over. Shortly thereafter, UM-2 called NEGRON,

during which UM-2 told NEGRON he arrived at 135 Gilman Street.  Based on my training and

experience, other intercepted communications in this and other related investigations, and other

information obtained during this investigation, I believe that this sequence of calls shows that the

---

[3] On December 28, 2012, intercepted wire communications indicated that PENNELL acquired 15 stacks of heroin from NEGRON. On his return to Uncasville, PENNELL was stopped at a DUI checkpoint. After he successfully passed through the checkpoint, PENNELL called ROSA 1. PENNELL: "Yo just so you know, there's a fucking there's a, a, checkpoint, yo, they got a checkpoint right before you get on the highway, yo." ROSA 1: "You alright?" PENNELL: "Yeah I'm alright, them motherfuckers pulled me over telling me, "you gotta a why are your eyes so glossy?" This and that, gimme a sobriety tests and shit like…" ROSA 1: "Yeah ok old boy but they ain't, listen they ain't check your car or nothing right?" PENNELL: "No hell no!"

27

UM-2 called NEGRON and ordered "TWO" which investigators believe to mean two stacks or bundles of heroin. NEGRON told the UM-2 that he had the heroin at his house on Gilman Street but had to prepare the heroin for sale. Minutes later the UM-2 called NEGRON back and told him that he was "out front" of his house. Investigators believe that NEFRON then sold the UM-2 the "TWO" which he had at his residence.

### F.   Probable Cause to Arrest ROSA 3 and NORMA TORRES

36.     As previously referenced, investigators have learned that ROSA 3 (ROSA 1's son) is one of the distributors of heroin and cocaine for the ROSA DTO.  At various times during the period of wire interception over the Target Telephones, NORMA TORRES ("NORMA") would store narcotics in her apartment for the ROSA DTO.  For example, on December 21, 2012, at approximately 10:21 a.m., ROSA 1 called NORMA. NORMA: "Hello." ROSA 1: "Uh, come to the back, bring me ONE more." NORMA: "Just ONE?" ROSA 1: "How many left? There are FIVE?" NORMA: "SIX." NORMA: "You got SIX left, yes bring, bring me ONE, bring me ONE more." NORMA: "Ok." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe ROSA 1 instructed NORMA to bring him one more "stack" of heroin and that NORMA told ROSA 1 that he had six "stacks" of heroin left at her apartment.  A short time later, ROSA 1 received a call from ROSA 3. ROSA 3: "Where you at?" ROSA 1: "I'm in back of the store taking a shit, what happened?" ROSA 3: "Oh, we need THAT, we need THAT." ROSA 1: "Relax, give me a second though, where you at? Why don't you go get it from him." ROSE 3: "Alright." Approximately 30 seconds later, ROSA 1 called NORMA. NORMA: "Hello." ROSA 1: "Bring him TWO, my son." NORMA: "TWO?" ROSA 1: "Yeah in the back."

NORMA: "Ok I am going now, let me take it out, bye." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 3 called ROSA 1 and told him that he needed more heroin to sell from 584 Zion Street. ROSA 1 then called NORMA and told her to get two "stacks" ready because ROSA 3 was going to pick them up.

37. In another example, on December 28, 2012, at approximately 9:33 a.m., ROSA 1 called DIAZ on **Target Telephone 1**. ROSA 1: "There at the store, I'm gonna wait for you at the store, go to FACE's house for him to give TEN DOLLARS ok?" DIAZ: "Fine just wait for me to get dressed ok?" ROSA 1: "Ok ok." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 told DIAZ to go to 135 Gilman Street and pick up TEN STACKS of heroin. Investigators thereafter followed DIAZ to 135 Gilman Street. Approximately 15 minutes later, ROSA 3 called ROSA 1. ROSA 3: "Your boy want a HALF STIZZY but I can't do it, you heard Pops?" ROSA 1: "Well he's gonna have to wait a second or two 'cause THAT's coming on its way." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 3 called ROSA 1 and told him that he had a customer that wanted a HALF a STIZZY (50 bags) of heroin. ROSA 1 told ROSA 3 that the heroin was on the way there, which investigators believe was being brought by DIAZ from 135 Gilman Street. Using fixed video surveillance, investigators observed DIAZ arrive at SANTANA's and enter SANTANA's carrying a large purse. Approximately two minutes later, ROSA 1 called NORMA. ROSA 1: "Come to the store." NORMA: "To come down to the store?" ROSA 1:

29

"Yes." Approximately two minutes later, investigators observed NORMA leave 592 Zion Street walk to SANTANA's. NORMA was not carrying any objects when she walked to SANTANA's. At approximately 10:08 p.m., investigators observed NORMA leave SANTANA's carrying a white plastic bag with noticeable objects in the bag. Investigators believe that the white plastic bag contained the ten stacks of heroin that DIAZ brought to SANTANA's. NORMA re-entered 592 Zion Street carrying the white plastic bag.

### G.   Probable Cause to Arrest ROSA 4 and to Search 584 Zion Street, Hartford, Connecticut

38.    As previously referenced, investigators have learned that ROSA 4 distributes heroin and cocaine for the ROSA DTO, and as with the other sellers, works regular shifts selling narcotics from 584 Zion Street. For example, on March 15, 2013, at approximately 4:00 p.m., ROSA 1, using **Target Telephone 4**, received a call from ROSA 4. ROSA 1: "Yo." ROSA 4: "Where you at?" ROSA 1: "I'm right here Papi, I'm right here in front of the bar." ROSA 4: "Oh cause I'm about finished that STIZZ right now, what's up you wanna send another ONE up with JOSELITO so you could come and see me?" ROSA 1: "Yeah yeah as long as we can get there before five man." ROSA 4: "Alright so send IT up." ROSA 1: "Alright." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 4 called ROSA 1 and told him that he was about finished selling 100 bags of heroin from 584 Zion Street and asked ROSA 1 if he would send another 100 bags up with JOSE ROSA, a.k.a. "JOSELITO," to the apartment for him to sell. ROSA 1 told ROSA 4 that he would send another 100 bags up as long has ROSA 4 sells all of it by 5:00 p.m. Approximately 45 minutes later, ROSA 1 called ROSA

30

4. ROSA 1: "What up dog, talk to me dog." ROSA 4: "Nothing I only got…" ROSA 1: "Huh?" ROSA 4: "Just, I only got FOUR B's left that's it man." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called ROSA 4 to see how much of the 100 bags of heroin was left as described in the previous call. ROSA 4 told ROSA 1 that he had forty bags left at 584 Zion Street.

39.     The ROSA DTO also has surveillance cameras located inside 584 Zion Street in two windows facing Zion Street. ROSA 1 and the DTO assign a person to monitor these "security" cameras. For example, on March 30, 2013, at approximately 7:46 a.m., ROSA 1, using **Target Telephone 4**, placed a call to JOSE ROSA, a.k.a. JOSELITO. ROSA 1: "Yeah everything alright over there?" JOSELITO: "Um, I went to the back Jerry is back there, Cano is back there. Everything seem right, I'm right here just laying down in the front staring at the cameras." ROSA 1: "Alright okay." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called JOSELITO to see how the narcotics sales where going at 584 Zion Street. JOSELTIO told ROSA 1 that SANCHEZ ("Cano") and JERRY MERCADO were in the back of the apartment selling the narcotics and JOSELITO told ROSA 1 that he was watching the surveillance cameras. The ROSA DTO uses the surveillance cameras to provide advance warning to the seller working in 584 Zion Street should the police arrive on Zion Street.

40.     Throughout the duration of this investigation, intercepted communications over **Target Telephones 1, 2** and **4** indicated that ORLANDO TORRES, a.k.a. "MENOR,"

31

ANTONIO SANCHEZ, a.k.a. "CANO," and JERRY MERCADO and JOSE ROSA, a.k.a. "JOSELITO," live at 584 Zion Street and sell narcotics for the ROSA DTO. Each of these individuals is intimately involved in the ROSA DTO's distribution of narcotics and in providing security for the DTO by monitoring the security cameras. This apartment consists of a common kitchen and bathroom and three bedrooms and another smaller room.

**H.    Probable Cause to Arrest ANTONIO SANCHEZ, a.k.a. "CANO"**

41.    SANCHEZ is another of the ROSA DTO's heroin and cocaine seller who lives and works regular shifts selling narcotics from 584 Zion Street. SANCHEZ also has his own sources of heroin supply (SOS) that he will use to replenish the ROSA DTO's heroin supply if ROSA 2's normal SOS is unavailable. For example, on February 11, 2013, at approximately 9:52 p.m., ROSA 1 called SANCHEZ. ROSA 1: "Yo, um, I just talked to L, he said that he only got TWO of them little things but it wasn't all that, it was SEVEN, so they said that, um, the other shit that you got they liked, so he gonna hit you up, you heard?" SANCHEZ: "Was that though? The MONKEY?"ROSA 1: "What happened?" SANCHEZ: "The MONKEY?" ROSA 1: "Ahh don't where…what was it, I don't know, I was waiting for him at my girl's house to call me and …" SANCHEZ: "Oh the ONEs that I got now, cause the ONEs that I got now is HIGH POWER, its no…its not all that." ROSA 1: "He is talking about the HIGH POWER he said that they like it you heard?" SANCHEZ: "Oh yeah?" ROSA 1: "He said he gonna talk to you, that's what he told me." SANCHEZ: "Oh well that's that's, that's, um, that, um, FLAC the one he be…" ROSA 1: "I know that I already know that." SANCHEZ: "Alright." ROSA 1: "No but listen I need some WORK you got some WORK for me?" SANCHEZ: "Nah there is only there's only SIX and Roach and umm Joselito got it."ROSA 1: "SIX what?" SANCHEZ: "SIX little

32

umm things, Stiggis (ph), WHOLE ONEs." ROSA 1: "SIX STIZZYs?" SANCHEZ: "Yeah." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that in the first part of this call, ROSA 1 called SANCHEZ to tell him that ROSA 2 said that the heroin that SANCHEZ gave to ROSA 2 was good and that the customers liked it and that ROSA 2 would call SANCHEZ to have him acquire more. SANCHEZ clarified that the heroin was the "HIGH POWER" stamped heroin. ROSA confirmed that the "HIGH POWER" stamped heroin was the heroin that ROSA 2's customers liked. ROSA 1 reiterated that ROSA 2 would be calling SANCHEZ in order for him to acquire more of the "HIGH POWER" stamped heroin. In the second part of the call, ROSA 1 asked SANCHEZ how much heroin ("WORK") he had left. SANCHEZ told ROSA 1 that he had "SIX STIGGIS" [six stacks] left and that JOSE ROSA, a.k.a. JOSELITO and ISAEL CAMACHO, a.k.a. ROACH where selling them.

42.     Another example of SANCHEZ selling heroin for ROSA 1 and the DTO occurred on February 3, 2013, at approximately 2:52 p.m., when ROSA 1, using **Target Telephone 2**, received a call from SANCHEZ. SANCHEZ: "Yo Mo, I'm gonna start yours now." ROSA 1: "Alright give IT to Menor." SANCHEZ: "Give it to him?" ROSA 1: "Yeah give IT to Menor, Menor will do it." SANCHEZ: "Alright, no one is here anyway, I might as well just start IT." ROSA 1: "Alright." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe SANCHEZ called ROSA 1 to tell him that he was going to start selling his (ROSA 1's) heroin. ROSA 1 told SANCHEZ to give the heroin to ORLANDO TORRES, a.k.a. MENOR to sell. SANCHEZ told ROSA 1 that "no one" was there and that he'd start selling it.

## I.      Probable Cause to Arrest JOSE ROSA, a.k.a. "JOSELITO"

43.      Jose ROSA, a.k.a. "JOSELITO," is another of the ROSA DTO's heroin and cocaine seller who lives and works regular shifts selling narcotics from 584 Zion Street. For example, on February 7, 2013, at approximately 7:46 a.m., ROSA 1, using **Target Telephone 2**, placed a call to JOSELITO. ROSA 1: "What you got left?" JOSELITO: "Um, I got like ONE and like a FEW BAGS, hold on let me tell you real quick." ROSA 1: "You gotta speak up man I can't hear you." JOSELITO: "I got TWO B's and ONE BAG." ROSA 1: "Huh?" JOSELITO: "TWO B's and ONE BAG." ROSA 1: "Speak up speak up, what you got?" JOSELITO: "TWO B's and ONE BAG." ROSA 1: "That's it? Okay." JOSELITO: "And and ahh FOUR POWDERS." ROSA 1: "Alright got you right now." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called JOSELITO to see how much heroin and cocaine he had left for sale. JOSELITO told ROSA 1 that he had "FOUR B's (4 bundles or 40 bags) and "ONE BAG" (one stack or 100 bags of heroin). JOSELITO also told him that he had "FOUR POWDERS" (four bags of cocaine). At approximately 7:43 p.m., on the same date, ROSA 1, using **Target Telephone 2**, placed a call to JOSELITO. JOSELITO: "What's up, yo, um, Menor is back from UI." ROSA 1: "Huh?" JOSELITO: "Menor is back (stutters) Menor is off…I'm on, I'm POWEDER right now." ROSA 1: "What?" JOSELITO: "I'm on the POWDER right now." ROSA 1: "Oh so tell, um, um, somebody got to come downstairs dude." JOSELITO: "Yeah ahh." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that

JOSELITO told ROSA 1 that ORLANDO TORRES, a.k.a. MENOR, had left and he (JOSELITO) was now selling the cocaine from the apartment located at 584 Zion Street.

### J.   Probable Cause to Arrest JERRY MERCADO

44.      MERCADO is another one of the ROSA DTO's sellers who lives and works regular shifts selling heroin and cocaine from 584 Zion Street. For example, on March 30, 2013, at approximately 9:37 a.m., ROSA 1, using **Target Telephone 4**, received a call from MERCADO. MERCADO: "Yo." ROSA 1: "Ahh." MERCADO: "I only have ONE, um, tell him to come up, I have the other. ROSA 1: "What?" MERCADO: "Have to divide the other, the loose ONE." ROSA 1: "Alright." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that MERCADO called ROSA 1 to tell him that he only had "ONE" stack of heroin left to sell and to send the next worker up who was going to sell after he was done. MERCADO also told ROSA 1 that he had to "divide the loose one" for the next worker that was coming up. At approximately 4:39 p.m., ROSA 1 received a call from MERCADO. MERCADO: "Yo send someone upstairs I, I already finished." ROSA 1: "What did you finish with? The cocaine." MERCADO: "Yeah I already finished." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that MERCADO told ROSA 1 that he finished selling the cocaine from the apartment located 584 Zion and to send a re-supply up to 584 Zion Street.

45.      A similar call between MERCADO and ROSA 1 occurred on March 23, 2013, when ROSA 1 received a call from MERCADO. MERCADO: "Yo I only got ONE and a

HALF." ROSA 1: "Hello." MERCADO: "Send it up you heard? Hello?" ROSA 1: "I can't hear you papa." MERCADO: "I only have ONE and a HALF." ROSA 1: "Okay when you're done with that call me okay?" MERCADO: "Okay then." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that MERCADO told ROSA 1 that he had 150 bags of heroin ("ONE a HALF") left to sell from the apartment located 584 Zion Street. ROSA 1 told MERCADO to call him when he finished selling what he had.

### K.    Probable Cause to Arrest NORMAN BARNABY

46.     BARNABY has been identified as one of NEGRON's heroin and/or cocaine customers who purchases narcotics from NEGRON then sells the narcotics in Enfield area. For example, on March 18, 2013, at approximately 7:25 p.m., NEGRON using **Target Telephone 3**, called BARNABY. NEGRON: "I've been calling you to see what's going on with you." BARNABY: "Uh, to be honest with you I've got this dude I've been fucking with, he give me, he gives me TWO for SIX or like THREE a piece, and then the count always, it's been good and the quality has been there so..." NEGRON: "Yeah that's what I've got it for, THREE." BARNABY: "Yeah, that's what you get it for?" NEGRON: "No, I've got it for THREE and that's what I'll give it out for, THREE." BARNABY: "Yeah, the count is good and the quality is good?" NEGRON: "Yeah heck yeah, this shit FIRE." BARNABY: "For real?" NEGRON: "Yeah, that shit is FIRE stuff buddy." BARNABY: "Yeah and you've got any of those BLUE GUYS there too?" NEGRON: "Yeah I do." BARNABY: "Alright, well I'm gonna grab a COUPLE if, if it works out and if they look nice and the quality is there, I'll start I'll start I'll start coming back to you, I'd rather come to you because it's safer." NEGRON: "Yeah." BARNABY: "But I'll see

you shortly, I'll see you in a few." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that NEGRON called BARNABY to see why he hasn't purchased heroin from NEGRON in a while. BARNABY told NEGRON that he has another source of supply that charges BARNABY $300 for a stack and heroin and that BARNABY usually purchased two stacks of heroin from this source for $600.  NEGRON then told BARNABY that he would sell him stacks of heroin for $300 and that he has high quality ("FIRE") heroin. BARNABY told NEGRON that he would then come over to NEGRON's residence to purchase "a COUPLE" of stacks of heroin. At approximately 9:14 p.m., NEGRON received a call from MARY LNU, who lives with NEGRON at 135 Gilman Street. MARY: Who's in my driveway?" NEGRON: "Oh that's Norm, he is gonna be on his way out right now." MARY: "Who?" NEGRON: "Norm, Norm...he's coming out right now." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that MARY called NEGRON because she arrived back at 135 Gilman Street and didn't recognize BARNABY's vehicle that was parked in the driveway of 135 Gilman Street. NEGRON told MARY that BARNABY ("Norm") was just leaving. Investigators believe that this confirms that BARNABY came to NEGRON's residence and purchased the "COUPLE" stacks of heroin that he referenced in the proceeding intercepted phone call.

### L.   Probable Cause to Arrest FLORENCIO ORTIZ, a.k.a. "PACHECO"

47.     Through intercepted communications over **Target Telephone 3**, investigators identified ORTIZ as one of NEGRON's regular heroin customers/re-distributors. On March 21,

37

2013, at approximately 5:29 p.m., NEGRON, using **Target Telephone 3**, received a call from ORTIZ. NEGRON: "What's up dude." ORTIZ: "What's up, good bud, are you good?" NEGRON: "I've only got a HALF right now." ORTIZ: "That's what I want, a HALF, that's what I wanted a HALF, right." NEGRON: "Alright." ORTIZ: "I'll be there."   Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ORTIZ called NEGRON to see if he had any heroin for sale. NEGRON told ORITZ that he had "HALF" of a stack (50 bags) of heroin. ORTIZ told NEGRON that that's what he wanted and would be coming over to NEGRON's residence at 135 Gilman Street. At approximately 5:57 p.m., surveillance units positioned on Gilman Street observed ORTIZ arrive at NEGRON's residence driving a Mercury Cougar.  At approximately 6:03 p.m., surveillance units observed ORTIZ leave NEGRON's residence in the Mercury Cougar and followed ORTIZ to New Britain. Surveillance units arranged for a New Britain Police Department marked cruiser to conduct a traffic stop on ORTIZ's Mercury Cougar as it approached the residence located at                     .. ORTIZ was found to be in possession of 50 bags of heroin and arrested. ORTIZ waived his *Miranda* rights and told investigators that he purchased the 50 bags of heroin from NEGRON at 135 Gilman Street in Hartford. ORTIZ also told investigators that he usually purchased "stacks" of heroin from NEGRON a few times a week and then then sell some of the heroin to other customers.

### M.   Probable Cause to Search 191 Campfield Avenue, Hartford, Connecticut.

48.     As previously referenced, DIAZ's residence at 191 Campfield Avenue has been and continues to be used by the ROSA DTO as a stash location for narcotics.  For example, on March 17, 2013, at approximately 9:30 p.m., ROSA 1, using **Target Telephone 4**, received a

call from MENDEZ and ROSA 2 who were both using the same phone. MENDEZ: "Where you

at?" ROSA 1: "My house." MENDEZ to ROSA 2: "Okay what you want him to do? What you

want him to do?" Daddy... Mo." ROSA 2 in the background: "Where he at?" MENDEZ to

ROSA 2: "Home." ROSA 2 to MENDEZ: "Tell him I need him to get dressed and find out going

on with Oti." MENDEZ to ROSA 1: "To get dressed and find out with Oti or..." ROSA 1:

"Okay he want, he want me to meet her over there or what he want me to do?" MENDEZ to

ROSA 2: "What you want him to do meet over..." ROSA 2 to MENDEZ: "Yeah meet us at Oti

house." MENDEZ to ROSA 1: "We go to Oti's." ROSA 2 to MENDEZ: "He know what the

fuck we doing." ROSA 1: "Alright alright." MENDEZ: "Go to Oti's go to Oti's." Based on my

training and experience, other intercepted communications in this and other related

investigations, and other information obtained during this investigation, I believe that ROSA 2

and MENDEZ called ROSA 1 to tell him to meet ROSA 2 and MENDEZ at DIAZ's residence

on Campfield Street. Subsequent calls indicated that ROSA 2 went to DIAZ's residence. At

approximately 9:58 p.m., DIAZ called ROSA 1 again.  DIAZ: "Is everything good?" ROSA 1:

"Yes everything is good Mamita, close the door and be at ease." DIAZ: "I count it?" ROSA 1:

"I'll count it with you." DIAZ: "So leave it the way it is?" ROSA 1: "No no no...leave it the way

it is." DIAZ: "Okay all good." ROSA 1: "[UI] today so you don't have to do any of that

tomorrow and start working. There are a HUNDRED PLUS DOLLARS there, a bit more than a

HUNDRED." DIAZ: "Alright."ROSA 1: "And keep an eye, don't let anyone go down there, you

know?" Based on my training and experience, other intercepted communications in this and other

related investigations, and other information obtained during this investigation, I believe that

DIAZ called ROSA 1 to make sure everything went alright with the heroin that ROSA 2 and

MENDEZ dropped off. DIAZ asked ROSA 1 if she should count the heroin that was delivered and ROSA 1 told her he would count it with her and to "Leave it the way it is." ROSA 1 told DIAZ that there should be a little bit more than 100 stacks of heroin (10,000 bags) that ROSA 2 and MENDEZ delivered to 191 Campfield Avenue.

49.     DIAZ's residence continues to be used as a stash location and distribution point. For example, on April 7, 2013, at approximately 1:31 p.m., DIAZ called ROSA 1 at **Target Telephone 4**. DIAZ: "Why didn't you advise me that these people were coming over here?" ROSA 1: "He didn't tell me anything, he didn't call me, did he call you?" DIAZ: "No." ROSA 1: "Oh they already went over there?" DIAZ: "You are deaf, oh my God….are you listening to what I'm saying?" ROSA 1: "Yes that COCA went over there, so then my brother went over there." DIAZ: "I was asleep, I jumped up when I saw her up here." ROSA 1: Oh good, that's good, and what did they bring you?" DIAZ: "You ask them." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that DIAZ called ROSA 1 to tell him that MENDEZ ("COCA") and ROSA 2 unexpectedly came to 191 Campfield Street and dropped off heroin. At approximately 2:22 p.m., DIAZ again called ROSA. DIAZ: "Oh well I'll COUNT IT NOW and you call me later." ROSA 1: "Yes…no you call me, you call me." DIAZ: "Call you?" ROSA 1: "Call me." DIAZ: "Alright." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that DIAZ called ROSA1 to tell him that she was going to count the heroin that ROSA 2 and MENDEZ brought to her residence. Shortly thereafter, DIAZ called ROSA 1 again and told him that she counted "SEVENTY TWO," stacks of heroin.

**N.**     **Probable Cause to Search 62 Sherbrooke Avenue, Hartford, Connecticut**

50.     Investigators have learned that ROSA 1 and his girlfriend, Denise Vasquez, live at 62 Sherbrooke Avenue in Hartford. Intercepted communications over **Target Telephones 1, 2 and 4** indicate that ROSA 1 stores some of his narcotics proceeds at his residence. Specifically, investigators believe that ROSA 1 stores the narcotics proceeds in a "white box," inside the residence. For example, on December 28, 2012, at approximately 6:36 p.m., VASQUEZ called ROSA 1 at **Target Telephone 1**. VASQUEZ: "You have SEVEN in your WHITE BOX." ROSA 1: "Huh?" VASQUEZ: "SEVEN in your white box." ROSA 1: "Yeah yeah, leave it alone, I got it okay." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that Vasquez called ROSA 1 to tell him that he had either $700 or $7,000 ("SEVEN") inside of the "white box."

51.     Another example occurred on January 8, 2013, at approximately 8:36 a.m., when Vasquez called ROSA 1. ROSA 1: "The money is right there in my WHITE THING." VASQUEZ: "Okay and also, um, I need money to buy detergent and I need to put the money in my account, I need to put forty dollars in my account in there." ROSA 1: "So how much I got in the WHITE BOX, $800 right?" VASQUEZ: "Yes you do." ROSA 1: "So take a buck from there and do what you gotta do." VASQUEZ: "Alright bye." ROSA 1: "Pain in the ass." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that Vasquez called ROSA 1 to see if she could take some money of the "WHITE BOX." VASQUEZ confirmed that ROSA 1 had $800 in the "WHITE BOX" and ROSA 1 told her that she could

41

take $100 ("a buck") from the $800 to do whatever she has to do.  Based on my training and

experience in this and other related investigations involving DTOs, I have learned that it is

common for narcotics traffickers to store their proceeds at trusted locations, including their

residences, separate from where they conduct their narcotics activity.  I believe that ROSA 1 is

storing his narcotics proceeds at his residence on Sherbrooke Avenue.  I believe that ROSA 1 is

attempting to "insulate" himself and his narcotics proceeds from the locations where the ROSA

DTO distributes and stores their narcotics.

      **O.**        **Probable Cause to Search 164 Maple Street, Second Floor, New Britain, CT**

52.      ROSA 2 and MENDEZ live at 164 Maple Street, Second Floor, New Britain,

Connecticut. This residence is also believed to be one of the locations where ROSA 2 keeps

some of his narcotics proceeds.  For example, on March 22, 2013, at approximately 10:04 p.m.,

ROSA 1, using **Target Telephone 4**, received a call from ROSA 2.  ROSA 2: "Do me a favor

man, call Oti and tell her to have FIVE of them things ready for me." ROSA 1: "FIVE?" ROSA

2: "Yeah have FIVE things ready, I'm gonna get them right now."ROSA 1: "Alright and I gave I

gave Cano FIVE so..." ROSA 2: "So...Cano just paid me for the FIVE so we need a new FIVE

over here." ROSA 1: "Oh you need a new FIVE? You already done with the old FIVE? Alright."

ROSA 2: "Alright." ROSA 1: "Alright." ROSA 2: "Call her and tell her I'm going over there

right now." Based on my training and experience, other intercepted communications in this and

other related investigations, and other information obtained during this investigation, I believe

that ROSA 2 called ROSA 1 to tell him to call OTILIA DIAZ and let her know that he was going

to go to her house and pick five stacks (500 bags) of heroin.  ROSA 2 also told ROSA 1 that

SANCHEZ ("Cano") already paid him for the five stacks of heroin that he sold at the apartment

located at 584 Zion Street and that the re-sellers needed another five stacks. At approximately 10:05 p.m., ROSA 1, called DIAZ. ROSA 1: "Out of the TEN that are left, um, prepare FIVE okay? He's on his way to go get it." DIAZ: "Okay." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called DIAZ to let her know that ROSA 2 was coming over to pick up the five stacks of heroin. Minutes later, DIAZ called ROSA 1 to tell her "it's done." ROSA 1 then received a call from MENDEZ who was with ROSA 2. MENDEZ: "Yo be there in like two minutes." ROSA 1: "Alright call me when you are in front." MENDEZ: "Alright bye." Approximately 5 minutes later, MENDEZ, who was with ROSA 2, called ROSA 1. MENDEZ: "Yo we right here." ROSA 1: "Alright just come in." Surveillance units who were positioned at 62 Sherbrooke observed ROSA 2 and MENDEZ arrive at said residence operating a Lexus GS 300. Surveillance units then observed ROSA 2 and MENDEZ leave 62 Sherbrooke and drive to 164 Maple Street, New Britain. At approximately 10:40 p.m., while ROSA 2 was driving back to 164 Maple Street, ROSA 1 called ROSA 2. ROSA 2: "Yo." ROSA 1: "You have TWENTY at home? Did Cano pay you FIVE?" ROSA 2: "Yeah." ROSA 1: "Oh okay, it's TWENTY FIVE plus FIFTEEN it's FORTY, alright." ROSA 2: "UI." ROSA 1: "I owe you TEN for the FIFTY alright." ROSA 2: "Alright." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called ROSA 2 to verify that ROSA 2 had at his residence on Maple Street the narcotics proceeds from the TWENTY stacks of heroin that the ROSA DTO sold and the proceeds from the FIVE stacks of heroin that SANCHEZ sold. ROSA 1 then told ROSA 2 that ROSA 2 should have all proceeds from FORTY of the FIFTY

stacks of heroin that was acquired during their last re-supply. ROSA 1 told ROSA 2 that he owed ROSA 2 the proceeds from the remaining TEN stacks of heroin. Based on the above sequence of intercepted calls that occurred on March 22, 2013, investigators believe that ROSA 2 stores some of his and the ROSA DTO's narcotics proceeds at 164 Maple Street, Second Floor. A search of a public information database available to the FBI indicates that MENDEZ reports her residence address to be 164 Maple Street, Second Floor.

### P. **Probable Cause to Seize Target Vehicle 1**

53.     **Target Vehicle 1**, as more particularly described herein, was at during times relevant to this affidavit, being used by ROSA 2 to facilitate violations of Title 21, United States Code, Sections 841 and 846. For example, on March 26, 2013, ROSA 2 used **Target Vehicle 1** to transport four stacks of heroin from DIAZ's residence on Campfield Avenue to his residence at 164 Maple Street, in New Britain. From the following intercepted communications and law enforcement surveillance, I learned the following. At approximately 9:37 p.m., ROSA 2 called ROSA 1, who was using **Target Telephone 4**. ROSA 1: "Hello." ROSA 2: "Yo have Oti put the FOUR in a thing for me right now, I'm on my way over there." ROSA 1: "Alright, alright go ahead." ROSA 2: "Call over there." Minutes later, ROSA 2 called DIAZ. DIAZ: "I counted EIGHTY." ROSA 1: "EIGHTY and FOUR were left over?" DIAZ: "Yeah." ROSA 1: "Ok, those FOUR, give them to my, my brother, he's coming over to pick them up right now ok." DIAZ: "Ok, I don't have to go out?" ROSA 1: "You won't have to go out, he's on his way there right now and keep the other EIGHTY in the same box." At approximately 9:43 p.m., surveillance units observed **Target Vehicle 1**, parked in front of 191 Campfield Avenue. MENDEZ exited the front passenger seat and walked towards 191 Campfield Avenue. At approximately 9:45 p.m.,

44

surveillance units observed MENDEZ exit 191 Campfield Avenue and re-enter the passenger seat of **Target Vehicle 1**. Surveillance units then followed **Target Vehicle 1** to SANTANA's where it parked in front for approximately three minutes (although ROSA 2 remained in the vehicle), and then left. At approximately 9:59 p.m., ROSA 1 called DIAZ. ROSA 1: "Did my brother come over?" DIAZ: "Yeah love, a little while ago." ROSA 1: "Ok that's good." DIAZ: "Coca was the one who picked up the FOUR BUCKS." ROSA 1: "Ok that's good." Surveillance units continued to follow **Target Vehicle 1** until it returned to 164 Maple Street, New Britain. Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 2 called ROSA 1 and told him to call DIAZ and have her get four stacks of heroin ready for him because he was on his was over to her house on Campfield Avenue, that ROSA 2, in fact, picked up the four stacks of heroin, and that ROSA 2 transported the heroin to New Britain.

### Q.     Probable Cause for a Seizure Warrant for Target Vehicle 2

54.     **Target Vehicle 2**, as more particularly described herein, was at during times relevant to this affidavit, being used by ROSA 3 to facilitate violations of Title 21, United States Code, Sections 841 and 846. For example, on March 19, 2013, ROSA 3 used Target Vehicle 3 to transport five stacks of heroin from DIAZ's residence on Campfield Avenue to 584 Zion Street. From intercepted communications and law enforcement surveillance, I have learned the following. On March 19, 2013, at approximately 7:29 a.m., ROSA 1 called DIAZ. ROSA 1: "Ok my son is on his way there, he's on his way give him FIVE DOLLARS." DIAZ: "FIVE right?" ROSA 1: "Yeah for now yep." At approximately 7:36 a.m., ROSA 3 called ROSA 1. ROSA 3: "I'll call you soon as I'm done here." ROSA 1: "You already got that?" ROSA 3: "Yeah

everything straight, I'm a call you as soon as I get to the block you heard." ROSA 1: "Just be easy man." ROSA 3 to DIAZ: "Thank you Oti." Based on my training and experience, other intercepted communications in this and other related investigations, and other information obtained during this investigation, I believe that ROSA 1 called DIAZ and told her that ROSA 3 was on his way to her residence on Campfield Avenue to pick up five stacks of heroin and that ROSA 1 called ROSA 3 to confirm the pickup. At approximately 7:38 a.m., surveillance units observed ROSA 3 driving **Target Vehicle 2** leave 191 Campfield Avenue. Soon thereafter, however, ROSA 3 recognizes a law enforcement surveillance vehicle. At approximately 7:40 p.m., ROSA 3 called ROSA 1. ROSA 3: "Yo what the...yo that fucking, um, Ford Taurus hot behind me you heard pops." ROSA 1: "Calm down calm down it's on you?" ROSA 3: "Yeah I, I, I took IT you heard pops." ROSA 2: "Alright I can see...take it easy, it didn't see where you was coming from?" ROSA 3: "Nah it, no it didn't see where I was coming from but like as soon as I got toward the other street, it just hopped like right behind me." ROSA 1: "That's alright Papa, just be careful now." ROSA 3 continued to drive until he was satisfied that he was not being followed and eventually drove to 584 Zion Street to deliver the heroion.

55.    During my tenure as a law enforcement officer, I have investigated and participated in numerous operations which involved, in part, drug trafficking violations, the flow of the illegal proceeds obtained from drug trafficking, and related offenses such as violations of firearms laws. My involvement in these investigations has resulted in the successful prosecution of numerous individuals and the forfeiture of assets purchased with the proceeds from unlawful drug trafficking, as well as assets used to facilitate these violations. Search warrants relating to these investigations have covered vehicles, residences of drug traffickers and their co-

conspirators, "stash houses" used as storage and distribution points for controlled substances, safe deposit boxes, and businesses and offices used by drug dealers as fronts to legitimize their unlawful drug trafficking.

56.   Materials searched for and recovered in these locations have included various controlled substances; drug paraphernalia; books and records reflecting drug sales, the transfer or transportation of drugs and amounts of monies owed for drugs, records reflecting the names, addresses, and telephone numbers of co-conspirators, sales receipts and other records reflecting the expenditure of monies that are proceeds from unlawful drug distribution; currency and money wrappers; records of bank transactions made to conceal and launder drug trafficking proceeds; wireless telephones, paging devices, computers and computer disks, answering machines; and various valuable assets such as real property and automobiles that were purchased with the proceeds of unlawful drug trafficking. These items obtained by search warrants, constituted evidence of drug violations, the acquisitions of assets with drug trafficking proceeds, and the use of the assets to facilitate drug trafficking violations.

57.   Based on my training, experience, and participation in this and other drug trafficking investigations, I know that:

> a.  drug traffickers often place assets in the names other than their own to avoid detection of these assets by law enforcement;
>
> b.  drug traffickers often place assets in the names of businesses and corporate entities as nominee title holders in order to avoid detection of these assets by law enforcement;
>
> c.  even though these assets are placed in the names of other persons or entities, the drug traffickers actually own and continue to use these assets and exercise dominion and control over them;

d.  drug traffickers must maintain and have quick access to large amounts of United States currency, foreign currency, or other liquid assets in order to maintain and finance their ongoing drug business;

e.  drug traffickers maintain in their residences computerized or written books, records, receipts, diaries, ledgers, calendars, personal telephone/address books, airline tickets, airline schedules and airline receipts, cashiers checks, money orders, telephones with memory capabilities, telephone answering machines and telephone answering tapes, and other papers relating to the transportation, ordering, sale and distribution, of controlled substances and the outstanding debts and collections from controlled substances that have been distributed;

f.  drug traffickers commonly provide narcotics on consignment sale to their customers, who subsequently pay for the drugs after reselling the drugs. Therefore the above mentioned books, records, receipts, notes, ledgers, et cetera, will be secured by the drug traffickers within their residences for their ready access to them for the purpose of determining drug debts and collecting monies derived from the sale of drugs;

g.  drug traffickers commonly conceal contraband, proceeds of drug transactions, records of these transactions, and records reflecting names, nicknames, addresses and telephone and beeper numbers of drug associates within their residences, for ready access and to conceal them from law enforcement agencies;

h.  drug traffickers commonly maintain records reflecting names, nicknames, addresses, and telephone numbers of both their current and past drug associates;

i.  drug traffickers who are aware of an ongoing criminal investigation will often destroy an existing format of records reflecting their drug transactions. However, it is common for drug traffickers, particularly traffickers who provide or receive drugs on a consignment basis, to create another type of drug record to assist the trafficker in the collection of drug debts;

j.  drug traffickers commonly use their homes to store records and/or receipts reflecting the collection of drug debts and the distribution of controlled substances, as well as records and receipts reflecting the expenditure of drug proceeds for personal and business assets;

k.  drug traffickers will commonly conceal within their residences or within the curtilage of their residences, quantities of narcotics, large amounts of currency, firearms, financial instruments, jewelry, electronic equipment and other items of value and proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting, and spending large sums of money derived from drug trafficking;

l.  drug traffickers will attempt to legitimize the profits from illegal drug transactions by using domestic banks and their attendant services such as safe deposit boxes, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate and business fronts;

m.  persons involved in drug trafficking who are aware of a criminal investigation into their financial drug activities, will conceal, liquidate, and transfer easily movable drug derived assets in order to prevent law enforcement agencies from seizing and forfeiting their assets;

n.  drug traffickers often have photographs, slides, or video movies of themselves, their co-conspirators and the property and assets purchased with drug proceeds.  These photographs and video movies are normally in the drug traffickers possession or residence;

o.  the State of Connecticut is generally viewed as a consumer state in regards to narcotic activity.  However it is common for drug traffickers to travel to major distribution centers such as New York to purchase their narcotics for distribution.  It is known that after purchasing these narcotics, drug traffickers will transport these narcotics or cause them to be transported to those areas in which they will be distributed to their customers.  It is known that drug traffickers' methods include, but are not limited to: commercial airlines, private motor vehicles, tractor trailer units, public transportation, and motor vehicles with concealed compartments,  and government and contract mail carriers.  It is known that the residences of drug traffickers will often contain records of drug related travel.  These records may include airline ticket receipts, credit card receipts, rental car receipts and luggage tags reflecting points of travel;

p.  based on my training and experience, drug traffickers commonly have firearms, ammunition and other weapons in their possession, in their cars, on their person, at their residence including, but not limited to handguns, rifles, shotguns,  automatic weapons, knives, ammunition, and magazines.  These firearms and weapons are most often kept to protect and secure drug traffickers' property;

49

q.  based on my training, experience and participation in this and other drug trafficking investigations, I know that it is generally a common practice for drug traffickers to store their drug inventory and drug related paraphernalia in their residences, cars or those of trusted associates. This paraphernalia frequently includes scales, funnels, sifters, grinders, plastic bags, heat sealing devices, and dilutant;

r.  based on my training and experience, drug dealers often create secret locations, commonly called "traps," in their automobiles. Often, drug dealers will use these automobiles to store narcotics, weapons, money and other items and documents related to their drug trade; and

s.  based on my training, experience and participation in this and other drug trafficking investigations, I know that drug traffickers often possess, maintain and control other items related to their drug trafficking activities, as described in Attachment A to this affidavit, in their cars, homes, garages and out-buildings.

## CONCLUSION

58.  On the basis of the foregoing information, there is probable cause to believe that between on or about August 2012 to the present that defendants ROSA 1, ROSA 2, ROSA 3, ROSA 4, MENDEZ, DIAZ, NEGRON, QUINONES, TORRES, JOSE ROSA, SANCHEZ, MORRISON, JOSE NEGRON, BARNABY, NORMA, PENNELL, LUIS MENDEZ, MERCADO and ORTIZ, conspired with each other to possess with intent to distribute and to distribute controlled substances, to wit, heroin and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

59.  There is also probable cause to believe that fruits, instrumentalities and evidence of these crimes will be found at:

a.  135 Gilman Street, Hartford, Connecticut;

b.  191 Campfield Avenue, Hartford, Connecticut;

c.  62 Sherbrooke Avenue, Hartford, Connecticut;

    d.     584 Zion Street, Hartford, Connecticut; and

    e.     164 Maple Street, Second Floor, New Britain, Connecticut.

60.    There is also probable cause to believe, and I do believe, that **Target Vehicles 1, 2 and 3**, described herein, are subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) as conveyances which were used to facilitate violations of Title 21, United States Code, Section 846.

61.    Because this is an application that pertains to an ongoing criminal investigation, and because disclosure of the information contained herein as well as disclosure of the warrants and complaints being requested herein may compromise the investigation and increase the risk of harm for the law enforcement officers responsible for conducting the arrests and searches, I request that the warrants, applications, complaints and this affidavit be ordered sealed by the Court, until further order of the Court

_____
RYAN JOSEPH JAMES
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me
this _10_ day of April, 2013.

/s/
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE